IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No.   PJM 15-cr-258-004 |
| Francisco Zamora-Flores | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Anthony Martin__, and the Government was represented by Assistant United States Attorney __Lindsay Kaplan__, it is

**ORDERED,** this 24th day of February 2016, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_/s/ Charles B. Day_
Charles B. Day
United States Magistrate Judge