# CRIMINAL MINUTES

DATE: September 2, 2016  JUDGE: Peter J. Messitte
TIME: 10:45-11:45/12:10-12:20  REPORTER/FTR/CTRM: Marshall (3B)
AUSA: Lindsay Kaplan  CRD: Ella S. Peterson
AGENT: Jarvis Lloyd  INTERPRETER: Shelly Blumberg-Lorenzano
DFT'S ATY: Anthony Martin

UNITED STATES OF AMERICA v. **FRANCISCO ZAMORA-FLORES**

☐ Released on Conditions/PR   ☒ *Detained/Remanded to USMS*

DFDT'S AGE: 25  YEAR OF BIRTH:
CRIMINAL NO.: PJM-15-00258  NO. OF COUNTS: 1,6,7, & 8

☐ Initial Appearance  ☐ Indictment
☒ *Arraignment*  ☒ *Second Superseding Indictment*
☐ Rearraignment  ☐ Information
☐ Sentencing  ☐ Superseding Information
☐ Sentencing Hearing  ☐ Motions Hearing
☐ Violation of Probation  ☐ Pretrial Conference
☐ Violation of Supervised Release  ☐ WAIVER
☐ Detention Hearing  ☐ Other
☐ Appeal of Magistrate Judge's Decision  ☐ See Attached for List of Witnesses

Defendant arraigned and plead "NOT GUILTY" as to Count(s)
Defendant arraigned and plead Guilty as to Count(s) 1, 7 & 8 of the 2nd Superseding Indictment
6 of the 2nd
NOT GUILTY as to Count(s) Superseding Indictment  which was/were accepted by the Court.

☐ Defendant found not to be in violation of probation/supervised release.
Sentencing Date: ***December 9, 2016 @9:30 a.m.***
(12:16:32 – 12:16:40)
REMARKS: ***Defendant advised of rights he is giving up by pleading guilty.***

Oral Motion of AUSA in open court to DISMISS Count(s) _____ which was accepted by the Court.

☐ Defendant advised of Right of Appeal.
☒ *Imposition of Sentence Suspended pending PSI.*
☐ ____ Days for Motions. Motion to be filed by
☐ Trial-Bench/Jury ____ day(s). Trial week of
☐ Pretrial Officer _____  ☒ Probation Officer Stephanie D'Amato
☒ *Minute entries docketed.*

U.S. District Court (Rev 8/6/2007) – Criminal Minutes